

3476 Stateview Blvd
Fort Mill, SC 29715
1-800-274-7025

January 15, 2010

Dear DIANNE C. KERNS:

RE: Payment Change Notice Date
    Loan Number xxxxxx8385    Client 708
    David R Hillard

    Bankruptcy Case Number 08-09344
    Mortgagor Name: David R Hillard

This letter is to advise you of a recent escrow analysis completed for the account referenced above. Please be advised, effective with the 04-10 payment, the new monthly amount is $ 579.70.

If you remit post-petition payments, please update your records to ensure the correct amount is sent, effective with the 04-10 payment.

If you have questions, please call the Bankruptcy department at (800) 274-7025.

Sincerely,

Bankruptcy Department
BK/CPI


                        <u>Signature   /S/ Jimmy Rivers</u>

# CERTIFICATE OF SERVICE

I, Jimmy Rivers, hereby certify that a true and correct copy of the foregoing Notice of Payment Change has been served upon the following parties in interest either via pre-paid regular U.S. Mail or via electronic notification on or before January 15, 2010.

The filing of this document does not replace any affirmative duty to provide notice of the document to parties in interest. The filing of this notice is provided for information purposes and does not constitute a demand for payment.

**Debtor(s)**
DAVID RUSSELL HILLARD
9146 W. FLOYD ST.
TUCSON, AZ 85735-1753

**Debtor's Attorney**
LISA C. THOMPSON
THOMPSON LAW GROUP, PC
2321 E. SPEEDWAY BLVD.
TUCSON, AZ 85719

**Chapter 13 Trustee**
DIANNE C. KERNS
7320 N. LA CHOLLA #154 PMB 413
TUCSON, AZ 85741-2305

/s/ Jimmy Rivers
Jimmy Rivers

Wells Fargo Home Mortgage
Bankruptcy Department
Phone Number (803) 396-6759
Shikara.L.Day@Wellsfargo.com
3476 Stateview Blvd
Fort Mill, SC 29715